**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

INTERSPORT CORP. d/b/a WHAM-O,

        Plaintiff,                      Case No.:  1:25-cv-02023

        v.                         Judge Matthew F. Kennelly

THE PARTNERSHIPS AND UNINCORPORATED    Magistrate Judge M. David Weisman
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

        Defendants.

## <u>NOTICE OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 14 | Elycati |
| 29 | Jinflowly |
| 40 | PEPPET |
| 44 | SGBTB |
| 45 | The story of six Americans in China |
| 58 | Zijing-us |

DATED:  April 6, 2025                Respectfully submitted,

                                    */s/ Keith A. Vogt*
                                    Keith A. Vogt (Bar No. 6207971)
                                    Keith Vogt, Ltd.
                                    33 W. Jackson Blvd., #2W
                                    Chicago, Illinois 60604
                                    Telephone: 312-971-6752
                                    E-mail: keith@vogtip.com

                                    ***ATTORNEY FOR PLAINTIFF***

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 6, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

<u>*/s/ Keith A. Vogt*</u>
Keith A. Vogt